George Haines, Esq.  
Nevada Bar No. 9411  
HAINES & KRIEGER, LLC  
1020 Garces Ave.  
Las Vegas, NV 89101  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Virginia R. Gifford  

E-FILED: May 7, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-09-22430-LBR <br> ) Chapter 13 <br> ) <br> ) |
| **Virginia R. Gifford**, | ) <br> ) <br> ) |
| Debtor. | ) <br> ) <br> ) |

### DECLARATION OF GEORGE HAINES, ESQ. REGARDING RESAONABLENESS OF FEES ON MOTION TO EMPLOY HAINES & KRIEGER LOAN MODIFICATIONS, LLC AND TO APPROVE ADMINISTRATIVE EXPENSES FOR LOAN MODIFICATION SERVICES

STATE OF NEVADA         )  
                        ) ss.  
COUNTY OF CLARK         )  

**GEORGE HAINES, ESQ.** declares as follows:

1.  That I am the counsel for the Debtor in the above Chapter 13 matter.

2.  That I make this Declaration of my own personal knowledge, and I am competent to testify as to the matters herein.

3.  Based on my understanding of present market conditions for loan modification services, the fees requested by Haines & Krieger Loan Modifications, LLC in the amount of $3,500 are reasonable.

- 1 -

- 2 -

DATED: May 7, 2010

    /s/George Haines, Esq._____
**George Haines, Esq.**
**Attorney**

/././

- 2 -