Entered on Docket
September 01, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
US Bank NA
09-76068

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Virginia R. Gifford

Debtor

BK-09-22430-lbr

Date: 8/23/10
Time: 10:30am

Chapter 13

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor US Bank NA, its assignees and/or successors in interest, of the subject property, generally described as 7229 Royal Gurad Ave., Las Vegas, NV 89130.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no sale shall occure prior to 30 days after the entrance of this order by the court.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2010.

Submitted by:

**WILDE & ASSOCIATES**

By: _R. Sadist_ #10235
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
David Krieger
1020 Garces Ave.
Las Vegas, NV 89101
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Chapter 13 Trustee

1. In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
2. ____ The court has waived the requirements set forth in LR 9021(b)(1).
3. ____ No party appeared at the hearing or filed an objection to the motion.
   _x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
4.     any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and
5.     whether the party has approved, disapproved, or failed to respond to the document]:
6.
   _x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
7.     motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.
8. Debtor's counsel:
9. ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   _x_ failed to respond to the document
10. ____ appeared at the hearing, waived the right to review the order
11. ____ matter unopposed, did not appear at the hearing, waived the right to review the order
    Trustee:
12. ____ approved the form of this order          ____ disapproved the form of this order
    ____ waived the right to review the order and/or   _x_ failed to respond to the document
13.
14. ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
15.     counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
16.     respond, as indicated below.

17. Debtor's counsel:
18. ____ approved the form of this order          ____ disapproved the form of this order
    ____ waived the right to review the order and/or  ____ failed to respond to the document
19. ____ appeared at the hearing, waived the right to review the order
20. ____ matter unopposed, did not appear at the hearing, waived the right to review the order
    Trustee:
21.
22. ____ approved the form of this order          ____ disapproved the form of this order
    ____ waived the right to review the order and/or  ____ failed to respond to the document
23.
    ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
24.     written objection.
25.
26. Submitted by:
    /s/ Gregory L. Wilde, Esq.
    Gregory L. Wilde, Esq.
    Attorney for Secured Creditor